UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH ROSS-ROHLOFF and
MICHAEL ROSS,

    Plaintiffs,

Case No. 1:15-cv-178

v.

Hon. Ray Kent

FLAGSTAR BANK, FSB,

    Defendant.
_____/

**ORDER**

For the reasons stated on the record,

**IT IS ORDERED** that defendant's motion for summary judgment (docket no. 31) is **GRANTED** as to the Real Estate Settlement Procedures Act ("RESPA") claim alleged in Count IV.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Kent County Circuit Court.

Dated: May 9, 2016         /s/ Ray Kent
                                             RAY KENT
                                             United States Magistrate Judge